IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK L. WILLIAMS, #282636, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:12-CV-418-WHA |
| ) | |
| ) | |
| JOHN LEY, CLERK OF THE UNITED ) | |
| STATES COURT OF APPEALS FOR ) | |
| THE ELEVENTH CIRCUIT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Georgia pursuant to the provisions of 28 U.S.C. § 1404.

Done this 4th day of June, 2012.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE